IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mickey Jones,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Safer Arizona, et al.,<br><br>　　　　　Defendants. | No. CV-18-00520-PHX-SPL<br><br>**ORDER** |

On May 29, 2018, the Court dismissed Plaintiff's complaint with leave to file an amended complaint no later than June 18, 2018 (Doc. 7). Plaintiff was advised that if he elected not to file an amended complaint this action would be dismissed. To date, Plaintiff has not filed an amended complaint. Accordingly,

**IT IS ORDERED** that this action is **dismissed without prejudice**.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment and **terminate** this action.

Dated this 29th day of June, 2018.

　　　　　　　　　　　　　　　　　　　　　　　Honorable Steven P. Logan
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge